UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Christopher R. Boston, II**                                    **Docket No. 5:13-MJ-1647-1**

**Petition for Action on Probation**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher R. Boston, II, who, upon an earlier plea of guilty by waiver to Driving While Impaired-Level 5, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge on July 9, 2014, to a 12- month term of probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
The defendant is currently being supervised in the Western District of North Carolina by Senior U.S. Probation Officer Richard Graybill. On June 10, 2015, SrUSPO Graybill reported that on December 22, 2014, Boston committed the offense of Driving While License Revoked (14 CR 49499) in Mecklenburg County, North Carolina. Furthermore, he reported that the defendant has an outstanding balance of $190.00 on his fine. As a sanction for this conduct and in an effort to deter future criminal conduct and allow more time for the defendant to pay his fine, we are recommending that the conditions of probation be modified to include two days of imprisonment and the defendant's term of probation be extended for an additional 12 months. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of two days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

2. The defendant's term of probation be extended an additional 12 months.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Keith W. Lawrence
Keith W. Lawrence
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2538
Executed On: June 16, 2015

**ORDER OF THE COURT**

Considered and ordered this ___17th___ day of _____June_____, 2015 and ordered filed and made a part of the records in the above case.

Kimberly A. Swank
U.S. Magistrate Judge